UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTAN M. STEPHAN,<br><br>　　　　Petitioner,<br>vs.<br><br>JAMES WALKER [WARDEN],<br><br>　　　　Respondent. | Case No. CV 09-6394-RSWL(RC)<br><br><br><br>JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: September 11, 2009

*RONALD S.W. LEW*
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE

R&R-MDO\09-6394.jud
9/4/09